SYLVIA RUSH, Appellant, *v.* CURTISS-WRIGHT EXPORT CORPORATION, Respondent.

Submitted March 2, 1942; decided March 11, 1942.

*Earl J. Garey* for motion.

No one opposed.

Motion denied on the ground that an appeal lies as of right.